UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mohammed Abdi Dahir, | File No. 24-cv-1304 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| William Bolin, *Warden of MCF Stillwater*, | |
| Respondent. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on September 30, 2025. ECF No. 41. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 41] is **ACCEPTED**.

2. Petitioner Mohammed Abdi Dahir's Petition [ECF No. 31] is **DENIED** and this action is **DISMISSED**.

3. Petitioner's Motion to Supplement the Record [ECF No. 36] is **DENIED**.

4. Petitioner's Motion to Stay the Habeas Corpus Petition [ECF No. 40] is **DENIED**.

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 29, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court